IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-18

No. 65A21

Filed 11 March 2022

JOHN EDWARD BISHOP, III

v.

SARA ELIZABETH BISHOP


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 275 N.C. App. 457, 853 S.E.2d 815 (2020), affirming an order entered on 30 April 2018 and an order entered on 27 November 2018 by Judge Anna Worley in District Court, Wake County. Heard in the Supreme Court on 14 February 2022.

*Jonathan McGirt for plaintiff-appellant.*

*Manning, Fulton & Skinner, P.A., by Michael S. Harrell, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice BERGER did not participate in the consideration or decision of this case.